UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 16 2021

NATHAN OCHSNER
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. |
| EXY ADELAIDA GOMEZ | § | B-21-749 |

### FELONY INFORMATION

THE GRAND JURY CHARGES:

On or about January 9, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**EXY ADELAIDA GOMEZ,**

a public official, employed as a Contract Security Officer at El Valle Detention Center-Raymondville, Texas, otherwise than as provided by law for the proper discharge of official duties, directly and indirectly did seek, receive, accept, and agree to receive and accept something of value personally for and because of an official act performed and to be performed by such official, that is accepted $500.00 from a person, and in return provided said person a detainee roster list containing of names, dates of birth, country of origin, and "A-numbers" of alien detainees.

In violation of Title 18, United States Code, Sections 201(c)(1)(B).

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
Oscar Ponce
Assistant United States Attorney