UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 15 2021

NATHAN OCHSNER
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-21-749 |
| EXY ADELAIDA GOMEZ | § | |

## WAIVER OF INDICTMENT

I, **Exy Adelaida Gomez**, the above-named Defendant, who is accused of the following: that on or about January 9, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendant, **Exy Adelaida Gomez**, did knowingly and intentionally commit **Bribery by a Public Official (by accepting gratuity)**, a violation of Title 18, United States Code, Section 201(c)(1)(B), being advised of the nature of the charge, the proposed felony information, and of my rights to have the charge presented to a Grand Jury, hereby waive in open Court on the 15th day of September, 2021, prosecution by indictment and consent that the proceeding may be by felony information rather than by indictment.

_____
EXY ADELAIDA GOMEZ
Defendant

_____
RIGOBERTO FLORES
Counsel for Defendant

Before _____
United States ~~District Judge~~ Magistrate